UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20555-CIV-DAMIAN/D'Angelo

**NORIS AREVALO,** *et al.*,

    Plaintiffs,

v.

**HAVANA HARRY'S II INC.,** *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court following a Status Conference held on September 30, 2025, at which the parties, through counsel, appeared before the undersigned to address the entry of Final Judgment against the Defendants in this matter.

For the reasons stated on the record and as further detailed on the record at the September 30, 2025, hearing, and considering the Parties' agreement, it is hereby

**ORDERED AND ADJUDGED** that:

1. Final Judgment is entered in favor of each of the seven Plaintiffs (identified below) and against Defendants, Havana Harry's II Inc., Arthur Cullen, and Nieves Feal, on Counts I and II of the First Amended Complaint [ECF No. 66] for the total liquidated amount of **$171,762.75** as follows, for which let execution issue:

    a. Noris Arevalo: $34,281.00

    b. Juan Villalobos Arevalo: $32,976.00

    c. Tomas Avendano: $27,432.00

    d. Sandra Baires: $28,350.00

    e. Saul Bonilla: $25,737.75

    f. Maria Pinzon: $5,346.00

    g.  Jessenia Flores: $17,640.00

2.    The total sum due as to each Plaintiff shall bear interest from the date of this Final Judgment at the applicable statutory rate, pursuant to 28 U.S.C. § 1961, until the judgment is satisfied.

3.    Plaintiffs' request for a bond requirement in connection with Plaintiffs' Motion/Application for Fees and Costs is **DENIED**.

It is further **ORDERED** that Defendant Havana Harry's II, Inc.'s *Ore Tenus* Motion to Voluntarily Dismiss its Amended Counterclaim [ECF No. 255] is **GRANTED**. The claims asserted in the Amended Counterclaim against Plaintiffs Noris Arevalo and Tomas Avendano are hereby **DISMISSED**.

It is further **ORDERED** that Plaintiffs' counsel shall have until **October 30, 2025**, to file a Motion/Application for Fees and Costs in connection with this matter. Defendants shall respond within the time permitted by the Local Rules.

The Court retains jurisdiction over the forthcoming Motion for Attorney's Fees and Costs, any post-judgment matter that may be raised pursuant to the Federal Rules of Civil Procedure, and any motions that raise issues collateral to the Final Judgment.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 6th day of October, 2025.

                                     **MELISSA DAMIAN**
                                     **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record